STATE OF NEW JERSEY v. JOHN TAYLOR.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD BOWEN.

July 6, 1983.

Petitions for certification denied.

JOHN POZSGAI v. PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY.

July 6, 1983.

Petition for certification denied.

SAMUEL R. DE LUCA v. HUDSON COUNTY BOARD OF
CHOSEN FREEHOLDERS.

July 6, 1983.

Petition for certification denied.